# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TERESA A. THOMAS,

    Plaintiff,

v.

                                                  Case No. 3:22-cv-925-TJC-JBT

JARED GARY SHARMAN, Deputy, individually under color of law, MARC HEATH, Deputy, individually under color of law, JEFFREY HIGGINBOTHAM, Deputy, individually under color of law, and SCOTTY RHODEN, in his official capacity as Sheriff of Baker County,

    Defendants.

## **O R D E R**

Upon review of the Joint Stipulation of Dismissal With Prejudice (Doc. 45), filed on November 14, 2023, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of November, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies: Counsel of Record